IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 09-3129 |
| ANRDEA E. SYWULAK, Ph.D. | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of October 2010, upon consideration of Defendant's Motion to Dismiss (Doc. 4), Plaintiff's Response in Opposition thereto (Doc. 8), and Defendant's Reply (Doc. 10), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED in part** as follows:

1. With respect to Count IV of Plaintiff's Complaint for Violation of Civil Rights, this count is dismissed with prejudice for failure to state a claim.

2. With respect to Counts I, II, III, V, VI and VII of Plaintiff's Complaint, they are dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that above-captioned case is **REMANDED** to the Court of Common Pleas of Chester County to resolve Counts I, II, III, V, VI and VII of the Complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall return the record in this case to the state court and mark this action as **CLOSED**.

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**

                                              _____

                                              **Hon. Petrese B. Tucker, U.S.D.J.**